1108

[No. 39832-6-I.   Division One.   October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMSANN SOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-04346-1, Anthony P. Wartnik, J., entered November 27, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39853-9-I.   Division One.   October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00485-3, Janice Niemi, J., entered December 6, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39865-2-I.   Division One.   October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03537-4, Norma Smith Huggins, J., entered November 18, 1996. *Dismissed* by unpublished per curiam opinion.

[Nos. 39891-1-I; 39892-0-I.   Division One.   October 20, 1997.]

*In the Matter of the Dependency of* O.J., ET AL.

GWENDOLYN MAY, *Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 93-7-01499-4, Charles W. Mertel, J., entered November 14, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ. Now published at 88 Wn. App. 690.